IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No.: 18-00534 | |
| Anna A Marciniak | ) | | |
| | ) | Chapter 13 | |
| | ) | | |
| Debtor(s). | ) | Judge Janet S. Baer (KANE) | |

NOTICE OF MOTION ON EMERGENCY AND SHORTENED NOTICE

To:   Anna A Marciniak, 23W477 Burdette Ave Carol Stream, IL 60188 *via US Mail*

Glenn B Stearns, Chapter 13 Trustee *notice via Phone and Email*

The United States Trustee *notice via ECF delivery system*

Wells Fargo Bank, N.A. Attention: Bankruptcy Department MAC N9286-01Y, Default Document Processing, 1000 Blue Gentian Road, Eagan, MN 55121-7700 *via FAX*

Peter C Bastianen, Codilis and Associates, 15W030 N. Frontage Rd. Suite 100, Burr Ridge, IL 60527 *via Fax and Email*

Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019 *via Fax*

*See attached service list*

On March 1 2019 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Janet S. Baer or any other Bankruptcy Judge presiding at Kane County Courthouse 100 S. Third Street, Room 240 Geneva, IL 60134 and shall present the MOTION TO USE SELL OR LEASE PROPERTY 363(b) ON EMERGENCY AND SHORTENED NOTICE at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via phone, email and fax to the above captioned by 6:00 p.m. on or before February 28, 2019

/s/ *David H. Cutler*
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 18-00534 | |
| Anna A Marciniak ) | | |
| ) | Chapter 13 | |
| ) | | |
| Debtor(s). ) | Judge Janet S. Baer (KANE) | |

## MOTION TO USE SELL OR LEASE PROPERTY 363(b) ON EMERGENCY AND SHORTENED NOTICE

NOW COMES, the Debtor, Anna A Marciniak (hereinafter referred to as "DEBTOR"), by and through her Attorneys, Cutler and Associates, Ltd., and moves this Honorable Court for entry of an Order Authorizing the Debtor to Use Sell or Lease her Real Estate Property, and in support thereof, respectfully represent as follows:

1. On January 8, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor's Chapter 13 plan was confirmed on March 23, 2018.

3. The confirmed plan calls for a monthly payment of $729 per month for 60 months and general unsecured creditors receive 10% of their timely filed or allowed claims.

4. The Debtor wishes to sell her real property located at 23W477 Burdette Ave, Carol Stream, IL 60188.

5. The Debtor has found a buyer and has entered into a contract for the sale of the Property. (Exhibit A)

6. The Debtor's real estate property is encumbered by a mortgage with Wells Fargo Bank in the total amount of approximately $184,956.13.

7. The automatic stay has not been lifted on the real estate property.

8. The Debtor will turn over all non-exempt proceeds received from the sale after the Debtors homestead exemption is applied and all non-exempt proceeds will be turned over to the Trustee toward the Chapter 13 Plan within 10 days of the closing.

9. The Debtor brings this motion on emergency and shortened notice due to the pending closing on March 4, 2019. The Debtor had previously been granted an order for the Motion to Use Sell or Lease Property 363(b) on February 15, 2019 with the order stating the Debtor would be turning over the exact payoff funds. On February 28, 2019 Debtor's final real estate closing figures were generated and the funds are not sufficient enough to allow the Debtor to pay off her Bankruptcy per the current granted order. Debtor will face irreparable harm if closing does not occur on Monday, March 4, 2019

WHEREFORE, DEBTOR prays that this Honorable Court enter an Order Authorizing the Debtor to USE SELL OR LEASE PROPERTY 363(b) ON EMERGENCY AND SHORTENED NOTICE for the property located at 23W477 Burdette Ave, Carol Stream, IL 60188.

Respectfully submitted,

By: /s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

3